Date: November 28, 2018

**FRANK BUSH, SBI#453925D**
Northern State Prison
P.O. Box 2300
Newark, New Jersey 07114

**PRO SE**

**WILLIAM T. WALSH, CLERK**
United States District Court
P.O. Box 2997
Camden, New Jersey 08101

**RECEIVED**

FEB 1 1 2019

AT 8:30_____M
WILLIAM T. WALSH, CLERK

RE: **AMENDED COMPLAINT- PURSUANT TO RULE 15(A)**
**FED.R.CIV.P.**
BUSH V. MANGROVE, ET AL
CASE NO. **1:18-cv-12910-NLH-AMD**

Dear Sir or Madam:

Please find enclosed the original and two copies of defendant's amended complaint, account statement, affidavit of poverty, order and opinion of the court, for filing in your office; and for distribution to Judge  Noel L. Hillman, U.S.D.J.

I have complied with the Court's Order and corrected the noted deficiencies. See **Exhibit** 005 attached.   In the process I noticed several other deficiencies and therefore I am filing an amended complaint.  All other parties to this action have been served.  If you need any additional information please feel free to contact me at the above address.

I appreciate your time in this matter and I thank you for your anticipated cooperation.  I look forward to hearing from you soon.

Respectfully Submitted

/s/ *Frank Bush*
**FRANK BUSH**

**CC:**

**FRANK BUSH, SBI#453925D**
Northern State Prison
P.O. Box 2300
Newark, New Jersey 07114

**PRO SE**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## VICINAGE OF NEWARK

| | | |
|---|---|---|
| **FRANK BUSH** | ) | UNITED STATES DISTRICT COURT |
| | | DISTRICT OF NEW JERSEY |
| Petitioner, | ) | VICINAGE OF NEWARK |
| | | CASE NO. **1:18-cv-12910-NLH-AMD** |
| | ) | CIVIL ACTION |
| vs. | ) | **AMENDED COMPLAINT FOR DAMAGES FOR THE DENIAL OF MEDICAL CARE** |
| **JANE DOE (I), JANE DOE (II) JANE DOE (III) & JOHN DOE, sued in their individual and official capacities** | ) | |
| Respondent. | ) | **JURY TRIAL DEMANDED** |

## _COMPLAINT_

## _NATURE OF ACTION_

1. This is a civil rights action filed by Frank Bush, a state prisoner, for damages and injunctive relief under 42 **U.S.C.** 1983, alleging the denial of medical care in violation of the Eight Amendment to the United States Constitution and of the Due Process Clause of the fourteenth Amendment to the Constitution.

2. Plaintiff also alleged the torts of 1. Abuse. 2. Acted as an Accessory. 3. Acted as an Accomplice. 4. Acted as an Advocate for the State, while depriving plaintiffs of his rights. 5.

Collusions. 6. Connivances. 7. Concealments Illegally. 8. Conspiracy. 9. Deceits. 10. Defaults. 11. Discriminations. 12. Duress's 13. Deprived and deceived plaintiffs of due-process rights. 14. Deprived plaintiffs of equal protection of law and rights by frauds. 15. Frauds. 16. False Representations. 17. False Pretenses. 18. Infractions unlawfully. 19. Infringements of plaintiff's rights. 20. Illegal intent. 21. Malfeasances. 22. Malice. 23. Misfeasance's. 24. Misrepresentations. 25. Unlawful Motives. 26. Nonfeasance's. 27. Turpitudes, and 28. Besides the violations of the statutes and rights. . . .

### *JURISDICTION AND VENUE*

3. This Court has jurisdiction over the plaintiff's claim of violation of federal constitutional rights under 42 **U.S.C**. sec. 1331(a) and 1343.

4. This court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 **U.S.C**. 1367.

5. Venue is proper in this District pursuant to 28 **U.S.C**. Sec. 1391.

### *PARTIES*

6. The plaintiff, Frank Bush, was incarcerated at Bayside State Prison Facility in Leesbury, New Jersey and is now housed in Northern State Prison in Newark, New Jersey during the events described in this complaint.

7. Defendant Jane Doe (I) is a medical provider at Bayside State Prison and is generally responsible for ensuring and providing the provision of medical care when a prisoner is in need of medical treatment.

8. Defendant Jane Doe (II) is a medical provider at Northern State Prison and is generally responsible for ensuring and providing the provision of medical care when a prisoner is in need of medical treatment.

9.   Defendant Jane Doe (III) is a medical provider at Northern State Prison and is generally responsible for ensuring and providing the provision of medical care when a prisoner is in need of medical treatment.

10.   Defendant John Doe (I) is a medical provider at Northern State Prison and is generally responsible for ensuring and  providing the provision of medical care when a prisoner is in need of medical treatment.

11..  Defendants are legally responsible, in whole or in part, for ensuring medical provisions at these institutions, as well as for the care and treatment of prisoners residing at these institution.

12.   All the defendants have acted, and continue to act, under color of state law at all times relevant to this complaint.

### *FACTS*

13.   Plaintiff alleges and re-alleges paragraphs 1 to 12 as paragraphs 1 to 13 of this count, with the same force and effect as if fully set forth herein.

14.   In 2017 (exact date presently unknown) while confined at  Bayside State Prison defendant's Jane Doe (1) provided a medical evaluation to plaintiff and informed him that he had contracted Hepatitis C, (hereinafter Hep C) and his Hep C levels were so high that he needed immediate treatment.

15.   Further, defendant Jane Doe (I) told plaintiff he was lucky to get treatment, because his Hep C levels was so high most inmate in his situation don't get treatment because the cost was $80,000.00 to $100.000.00.

16.   Approximately one month later Bayside State Prison medical officials sent plaintiff to Southwood State Prison in Bridgeton, New Jersey for an ultra sound to see if his Hep C virus had given him liver cancer.

17.   Upon being returned to Bayside State Prison from Southwood State Prison, a few weeks later plaintiff was called to the Medical Department for blood work.

18. On or around October 2017 plaintiff was suddenly transferred to Northern State Prison in Newark, New Jersey and evaluated by defendant John Doe concerning the results of the ultra sound, which was previously conducted at Southwood State Prison, in Bridgeton, New Jersey. Defendant John Doe informed plaintiff that he did not have liver cancer and his liver look to be in good condition, notwithstanding the fact that at this time plaintiff was becoming increasingly sicker and could barely get out of bed by this time.

19. Plaintiff requested defendant John Doe to provide him with Hep C treatment, and defendant John Doe told plaintiff that his Hep C was not bad enough for treatment and in any event the cost was too high.

20. Sometime in 2018 at Northern State Prison defendant Jane Doe (II) called plaintiff to the Medical Department because plaintiff's sister Devon Bush, was writing letters to New Jersey Department of Corrections officials about plaintiff not being provided any treatment for his Hep C virus and perhaps dying as a result.

21. On or around May 23, 2018 plaintiff filed a grievance with medical department at Northern State Prison about not being provided with medical treatment, and yet again nothing was done or has been done. See **Exhibit** 001.

22. Plaintiff has attached a copy of a response the medical department provided about his treatment, See **Exhibits** 002.

23. Also, the following documents are attached.

    a) Account Statement, **Exhibit** 003
    b) Affidavit of Poverty, **Exhibit** 004
    c) Court Order, **Exhibit** 005

24. Defendants are legally responsible, in whole or in part, for ensuring adequate and proper medical provisions at New Jersey Department of Corrections, as well as for the care and treatment of persons residing at their institutions.

25. At all relevant times, defendants have acted or failed to act under color of state law.

## *CLAIM*

26. Defendants have failed and are continuing to fail to provide reasonably, proper, and adequate medical care to the plaintiff, and to ensure the reasonable health and safety of plaintiff.

27. Defendants have failed and are continuing to fail to ensure that Hep C medications are prescribed and administered to plaintiff by appropriate qualified professionals in keeping with accepted professional standards.

28. Defendants have failed and are continuing to fail to provide plaintiff with that level of treatment necessary to protect his health, including his right to treatment.

29. Defendants have failed and are continuing to fail to provide a sufficient number of adequately trained staff to render the essential care, treatment, and training, outlined above in paragraphs 1 through 27, as required by the Constitutions of New Jersey and the United States.

30. Defendants have failed and are continuing to fail to maintain professionally based record keeping and record review systems to ensure that plaintiff records contain accurate, up-to-date, and relevant information necessary to enable staff to provide adequate care, and treatment, to plaintiff.

31. Defendants have failed and are continuing to fail to ensure that New Jersey Department of Corrections prisoners are evaluated by appropriate professionals for placement in the most integrated setting and placed in the most integrated setting appropriate to each prisoner Individual needs.

32. Defendants have failed and are continuing to fail to meet the requirements of the Americans with Disabilities Act of 1990, 42 **U.S.C**. 12101 et seq., and the regulations promulgated pursuant to the Act, by excluding the plaintiff living within their facilities, by reason of his disability, from participation in or by denying him the benefits of services,

programs, or activities, or by subjecting him to discrimination, and by failing to administer treatment in the most integrated setting appropriate to his needs.

33. The acts and omissions alleged in paragraphs 1 through 32 infringe on plaintiff legal rights and substantive liberty interests and constitute resistance to his full enjoyment of rights, privileges, or immunities secured or protected by the Constitution or laws of New Jersey and the United States, and deprive plaintiff and others of those rights, privileges, or immunities.

34. Unless restrained by this Court, Defendants will continue to engage in the conduct and practices set forth in paragraphs 1 through 33 that deprive plaintiff of rights, privileges, or immunities secured or protected by the laws and Constitution of New Jersey and the United States, and cause irreparable harm to him.

35. Plaintiff alleges and re-alleges paragraphs 1 to 34 as paragraphs 1 to 35 of this count, with the same force and effect as if fully set forth herein.

Frank Bud

### ***PRAYER FOR RELIEF***

The plaintiff requests that this Court:

A. Permanently enjoin defendants, their agents, employees, subordinates, successors in office, and all those acting in concert or participation with them from continuing the acts, practices, and omissions at the institutions set forth in paragraphs 11 through 15 of this complaint;

B. Enjoin defendants, their agents, employees, subordinates, successors in office, and all those acting in concert or participation with them to take all actions needed to bring them into compliance with state and federal law and provide constitutional conditions of care to plaintiff.

C. Award plaintiff compensatory, punitive, and exemplary damages.

D. Grant all other relief that is just and proper.

Dated: October 25, 2018

*Frank Bud*

Form IRSF-100

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

**NSP-014604**

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☒ No ☐ If so, with whom? Medical Dept.   Date: 5-23-18
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

**PART (PARTE 1)**
INMATE'S NAME (NOMBRE): Frank Bush   SBI NUMBER (NUMERO DE SBI): 453925D   DATE (FECHA): 6-4-18

INSTITUTION: N.S.P.   HOUSING UNIT: B1E
(INSTITUCION)   (UNIDAD DE VIVENDA)

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS**

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | |
|---|---|---|---|
| **ADA** ☐ | **Custody** ☐ | **Mailroom** ☐ | **SID** ☐ |
| **Administrative Offices** ☒ | **Education** ☐ | **Medical/Dental/Mental Health** ☐ | **Social Services** ☐ |
| **Business Office** ☐ | **Food Service** ☐ | **Parole** ☐ | **Visits** ☐ |
| **Classification** ☐ | **Law Library** ☐ | **RCRP/Comm Programs** ☐ | |

State Your Grievance (Who, What, Where & When):

Since 2017, Medical department has been telling me, I'm on the Hep. C. waiting list. I's been over a year and my liver may have early fibrosis.. Again this delay is not helping my condition.

Frank Bush

**PART (PARTE 2):** No action taken on this form. DOC Redirection form issued with paragraph(s)#_____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s)#_____ indicado(s).]

CASE NUMBER: 8012458
(NUMERO DEL CASO)   YEAR [AÑO]   MONTH [MES]   CASE NUMBER [NÚMERO DEL CASO]

RECEIVED BY:   DATE FORWARDED TO DEPT:   DEPARTMENT: Med.
(RECIBIDO POR)   (FECHA EN QUE SE ENVIO AL DEPARTAMENTO) 10/7/18   (DEPARTMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

STAFF SIGNATURE (FIRMA DEL PERSONAL)   DATE (FECHA) 8/6-18   SIGNATURE OF ADMINISTRATIVE DESIGNEE   DATE (FECHA) 6/14/18
(Firma De La Persona Administrativa Correspondiente Designado Por El)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINADA):

ADDITIONAL ATTACHMENTS:_____
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado)   DATE (FECHA)

**PART (PARTE 5)**   DATE APPEAL RECEIVED:   DATE APPEAL RETURNED:
(FECHA EN QUE SE RECIBIO LA APELACION)   (FECHA EN QUE SE DEVOLVIO LA APELACION)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS:   ☐UPHELD (CONFIRMADA)   ☐MODIFIED (MODIFICADO)   ☐DENIED (NEGADA)

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   DATE (FECHA)

**Distribution:** (Original) [Original] **Department of Corrections Request / Remedy File Copy** [Copia del Archivo de Petición / Remedio del Departamento de Correcciones]
[Distribución] (Yellow) [Amarillo] **Inmate's Copy** (Original / and if required Appeal answer) [Copia del Confinado (Original/a si se require la Contestacion de Apelación)]
(Pink) [Rosado] **Inmate's Copy** [Copia del Confinado]

DEPARTMENT OF CORRECTIONS

COIPRAS

**NORTHERN STATE PRISON**

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 07/01/2018 - 01/23/2019

| | | | |
|---|---|---|---|
| **SBI #:** 000453925D | **Name:** BUSH, FRANK J | **DOB:** | 07/23/1984 |
| **LOCATION:** NSP-NORTH-B1E-205T | | **INM#** | 1028838 |
| **PED:** 12/26/2020 | **As of Date:** 12/26/2020 | **Max Date:** 04/08/2021 |

| LOCATION | SUB ACCOUNT | | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|---|
| BSP | 2101 | SPENDABLE | 0.00 | 0.00 | |
| BSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| BSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |
| CRAF | 2101 | SPENDABLE | 0.00 | 0.00 | |
| CRAF | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| CRAF | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2101 | SPENDABLE | 181.94 | 8.04 | |
| NSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |
| SSCF | 2101 | SPENDABLE | 0.00 | 0.00 | |
| SSCF | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| SSCF | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |

## DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| MEDL | MEDICAL LOAN | 06/04/2018 | @ NSP | 5.00 | 5.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 06/04/2018 | @ NSP | 4.00 | 4.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 01/02/2017 | @ BSP | 3.00 | 3.00 | 0.00 | ACTIVE |
| COL | COMMISSARY LOAN | 05/13/2016 | @ BSP | 18.79 | 18.79 | 0.00 | ACTIVE |

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | MON140601048I | | 30.00 | 30.00 | 0.00 | ACTIVE |
| CDRC | $100 CRIMINAL DISP. AND REV. COLLECTION | MON140601048I | | 6.00 | 6.00 | 0.00 | ACTIVE |
| VWAF | $100 VICTIMS AND WITNESS ADVOCACY FUND | MON140601048I | | 16.00 | 16.00 | 0.00 | ACTIVE |
| VCCBX | >100 VICTIMS OF CRIME COMPENSATION BOARD | MON140601048I | | 150.00 | 150.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | MON140601050I | | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | MON140601050I | | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | MON140601050I | | 8.00 | 8.00 | 0.00 | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | MON140601048I | | 78.00 | 78.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | MON140601050I | | 75.00 | 75.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | MON140601048I | | 375.00 | 375.00 | 0.00 | ACTIVE |
| FS | FINE - STATE | MON140601050I | | 250.00 | 0.00 | 250.00 | ACTIVE |
| FS | FINE - STATE | MON140601048I | | 500.00 | 445.25 | 54.75 | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 10082017 | @SSCF | | 0.00 | UNLIMITED | ACTIVE |

COIPRAS                    **NORTHERN STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 07/01/2018    -  01/23/2019

**SBI #:** 000453925D          **Name:** BUSH, FRANK J                **DOB:**    07/23/1984
**LOCATION:** NSP-NORTH-B1E-205T                                       **INM#**    1028838

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / | INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|------|---------|--------|--------------|-----------------|-------------|--------------|--------|
| TCF | TRANSACTION COLLECTION FEE | 10172017 | @NSP | | 26.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 05022016 | @CRAF | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 05092016 | @BSP | | 50.00 | UNLIMITED | ACTIVE |

**TRANSACTION DESCRIPTIONS     2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION TYPE TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|---------------------------------------|-----------------|---------|
| | BEGINNING BALANCE: | | 0.00 |

COIPRAS                          **NORTHERN STATE PRISON**                          OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 07/01/2018    -   01/23/2019

| **SBI #:** 000453925D | **Name:** BUSH, FRANK J | **DOB:** | 07/23/1984 |
|---|---|---|---|
| **LOCATION:** NSP-NORTH-B1E-205T | | **INM#** | 1028838 |

**TRANSACTION DESCRIPTIONS      2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 181.94 |
| 07/09/2018 | NSP | CRS | COMMISSARY SALE - ORD #9176902 | (171.18) | 10.76 |
| 07/13/2018 | NSP | FPAY | R02 /JAN UN /FPAY /RG:1 21 @1.30   06/01/2018-06/29/2018 | 27.30 | 38.06 |
| 07/13/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 23.06 |
| 07/13/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 38.06 |
| 07/13/2018 | NSP | DED | FPAY-DEDUCTION-FS-MON140601048I | (9.01) | 29.05 |
| 07/13/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 28.55 |
| 07/22/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:88366654 | 100.00 | 128.55 |
| 07/22/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (10.00) | 118.55 |
| 07/22/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (1.00) | 117.55 |
| 07/24/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:88421834 | 40.00 | 157.55 |
| 07/24/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (4.00) | 153.55 |
| 07/24/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 153.05 |
| 07/26/2018 | NSP | CRS | COMMISSARY SALE - ORD #9201888 | (152.91) | 0.14 |
| 08/01/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:88727012 | 50.00 | 50.14 |
| 08/01/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 35.14 |
| 08/01/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 50.14 |
| 08/01/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (5.00) | 45.14 |
| 08/01/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 44.64 |
| 08/01/2018 | NSP | GTL | GTL - PHONE DEBIT PURCHASE-07/26/18 | (10.00) | 34.64 |
| 08/01/2018 | NSP | POS | POSTAGE | (3.10) | 31.54 |
| 08/04/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:88881330 | 140.00 | 171.54 |
| 08/04/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (14.00) | 157.54 |
| 08/04/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (1.00) | 156.54 |
| 08/06/2018 | NSP | RX | AUTOPAYMENT: RX 02-AUG-18 | (1.00) | 155.54 |
| 08/08/2018 | NSP | CRS | COMMISSARY SALE - ORD #9216021 | (155.48) | 0.06 |
| 08/13/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:89244659 | 20.00 | 20.06 |
| 08/13/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (2.00) | 18.06 |
| 08/14/2018 | NSP | POS | POSTAGE | (3.31) | 14.75 |
| 08/14/2018 | NSP | FPAY | R02 /JAN UN /FPAY /RG:1 21 @1.30   07/02/2018-07/31/2018 | 27.30 | 42.05 |
| 08/14/2018 | NSP | DED | FPAY-DEDUCTION-FS-MON140601048I | (9.01) | 33.04 |
| 08/14/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 32.54 |
| 08/21/2018 | NSP | CRS | COMMISSARY SALE - ORD #9231101 | (32.43) | 0.11 |
| 09/08/2018 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:90312312 | 40.00 | 40.11 |
| 09/08/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 25.11 |
| 09/08/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 40.11 |
| 09/08/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (4.00) | 36.11 |

COIPRAS

**NORTHERN STATE PRISON**

OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 07/01/2018   - 01/23/2019

| **SBI #:** 000453925D | **Name:** BUSH, FRANK J | **DOB:** | 07/23/1984 |
|---|---|---|---|
| **LOCATION:** NSP-NORTH-B1E-205T | | **INM#** | 1028838 |

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 09/08/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 35.61 |
| 09/10/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:90403737 | 50.00 | 85.61 |
| 09/10/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (5.00) | 80.61 |
| 09/10/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 80.11 |
| 09/10/2018 | NSP | RX | AUTOPAYMENT: RX 04-SEP-18 | (2.00) | 78.11 |
| 09/14/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:90535196 | 90.00 | 168.11 |
| 09/14/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (9.00) | 159.11 |
| 09/14/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 158.61 |
| 09/17/2018 | NSP | FPAY | R02 /JAN  UN  /FPAY  /RG:1 23 @1.30      08/01/2018-<br>08/31/2018 | 29.90 | 188.51 |
| 09/17/2018 | NSP | DED | FPAY-DEDUCTION-FS-MON140601048I | (9.87) | 178.64 |
| 09/17/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 178.14 |
| 09/19/2018 | NSP | CRS | COMMISSARY SALE - ORD #9264851 | (166.25) | 11.89 |
| 10/01/2018 | NSP | COP | COPIES | (0.10) | 11.79 |
| 10/02/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:91254116 | 40.00 | 51.79 |
| 10/02/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 36.79 |
| 10/02/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 51.79 |
| 10/02/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (4.00) | 47.79 |
| 10/02/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 47.29 |
| 10/10/2018 | NSP | CRS | COMMISSARY SALE - ORD #9283254 | (33.61) | 13.68 |
| 10/15/2018 | NSP | FPAY | R02 /JAN  UN  /FPAY  /RG:1 19 @1.30      09/03/2018-<br>09/28/2018 | 24.70 | 38.38 |
| 10/15/2018 | NSP | DED | FPAY-DEDUCTION-FS-MON140601048I | (8.15) | 30.23 |
| 10/15/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 29.73 |
| 10/21/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:92077953 | 40.00 | 69.73 |
| 10/21/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (4.00) | 65.73 |
| 10/21/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 65.23 |
| 10/22/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:92110265 | 40.00 | 105.23 |
| 10/22/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (4.00) | 101.23 |
| 10/22/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 100.73 |
| 10/23/2018 | NSP | CRS | COMMISSARY SALE - ORD #9301369 | (97.30) | 3.43 |
| 11/01/2018 | NSP | COP | COPIES | (0.10) | 3.33 |
| 11/05/2018 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:92710997 | 50.00 | 53.33 |
| 11/05/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 38.33 |
| 11/05/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 53.33 |
| 11/05/2018 | NSP | DED | DEDUCTION-FS-MON140601048I D | (5.00) | 48.33 |
| 11/05/2018 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 47.83 |
| 11/05/2018 | NSP | CRS | COMMISSARY SALE - ORD #9317987 | (45.23) | 2.60 |

COIPRAS                              **NORTHERN STATE PRISON**                              OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 07/01/2018    -   01/23/2019


**SBI #:** 000453925D         **Name:** BUSH, FRANK J              **DOB:**    07/23/1984
**LOCATION:** NSP-NORTH-B1E-205T                                   **INM#**    1028838


**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|--|----------|------|-------------------------|---------------:|--------:|
| 11/16/2018 | NSP | | FPAY | R02 /JAN UN /FPAY /RG:1 22 @1.30    10/01/2018-<br>10/31/2018 | 28.60 | 31.20 |
| 11/16/2018 | NSP | | DED | FPAY-DEDUCTION-FS-MON140601048I | (9.44) | 21.76 |
| 11/16/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 21.26 |
| 11/19/2018 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:93307571 | 50.00 | 71.26 |
| 11/19/2018 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (5.00) | 66.26 |
| 11/19/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 65.76 |
| 11/21/2018 | NSP | | CRS | COMMISSARY SALE - ORD #9340254 | (65.75) | 0.01 |
| 12/04/2018 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:93909787 | 50.00 | 50.01 |
| 12/04/2018 | NSP | | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 35.01 |
| 12/04/2018 | NSP | | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 50.01 |
| 12/04/2018 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (5.00) | 45.01 |
| 12/04/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 44.51 |
| 12/05/2018 | NSP | | CRS | COMMISSARY SALE - ORD #9356446 | (44.26) | 0.25 |
| 12/10/2018 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:94204894 | 60.00 | 60.25 |
| 12/10/2018 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (6.00) | 54.25 |
| 12/10/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 53.75 |
| 12/13/2018 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:94343017 | 70.00 | 123.75 |
| 12/13/2018 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (7.00) | 116.75 |
| 12/13/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 116.25 |
| 12/16/2018 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:94461633 | 70.00 | 186.25 |
| 12/16/2018 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (7.00) | 179.25 |
| 12/16/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 178.75 |
| 12/17/2018 | NSP | | RX | AUTOPAYMENT: RX 13-DEC-18 | (2.00) | 176.75 |
| 12/17/2018 | NSP | | FPAY | R02 /JAN UN /FPAY /RG:1 19 @1.30    11/01/2018-<br>11/30/2018 | 24.70 | 201.45 |
| 12/17/2018 | NSP | | DED | FPAY-DEDUCTION-FS-MON140601048I | (8.15) | 193.30 |
| 12/17/2018 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 192.80 |
| 12/17/2018 | NSP | | CDR | ELLISSA RICHARDSON | (60.00) | 132.80 |
| 12/20/2018 | NSP | | CDR | ELLISSA RICHARDSON | (60.00) | 72.80 |
| 12/20/2018 | NSP | | CRS | COMMISSARY SALE - ORD #9375129 | (52.81) | 19.99 |
| 01/01/2019 | NSP | | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:95112650 | 43.00 | 62.99 |
| 01/01/2019 | NSP | | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 47.99 |
| 01/01/2019 | NSP | | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 62.99 |
| 01/01/2019 | NSP | | DED | DEDUCTION-FS-MON140601048I D | (4.30) | 58.69 |
| 01/01/2019 | NSP | | DED | TRANSACTION FEE FOR TCF | (0.50) | 58.19 |
| 01/08/2019 | NSP | | CRS | COMMISSARY SALE - ORD #9391308 | (52.93) | 5.26 |
| 01/14/2019 | NSP | | RXL | PHARMACY LOAN | 2.00 | 7.26 |

COIPRAS                           **NORTHERN STATE PRISON**                            OTRTASTA

### TRUST ACCOUNT STATEMENT

**STATEMENT DATE:** 07/01/2018  -  01/23/2019

| **SBI #:** 000453925D | **Name:** BUSH, FRANK J | **DOB:** | 07/23/1984 |
|---|---|---|---|
| **LOCATION:** NSP-NORTH-B1E-205T | | **INM#** | 1028838 |

### TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 01/14/2019 | NSP | RX | AUTOPAYMENT: RX 09-JAN-19 | (2.00) | 5.26 |
| 01/16/2019 | NSP | FPAY | R02 /JAN UN /FPAY /RG:1 20 @1.30    12/03/2018- 12/31/2018 | 26.00 | 31.26 |
| 01/16/2019 | NSP | DED | FPAY-DEDUCTION-FS-MON140601048I | (8.58) | 22.68 |
| 01/16/2019 | NSP | DED | FPAY-DEDUCTION-RXL-06042018 | (2.00) | 20.68 |
| 01/16/2019 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 20.18 |
| 01/22/2019 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:96019113 | 60.00 | 80.18 |
| 01/22/2019 | NSP | DED | DEDUCTION-FS-MON140601048I D | (6.00) | 74.18 |
| 01/22/2019 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 73.68 |
| 01/23/2019 | NSP | CRS | COMMISSARY SALE - ORD #9409229 | (65.64) | 8.04 |

---

### TRANSACTION DESCRIPTIONS    2102 WORK RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |

| Ref# NSP18012458 | Housing:NSP-NORTH-B1E-203T | Date Created:06/07/2018 |
|---|---|---|
| ID#: 000453925D | Name:BUSH,FRANK | |
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/7/2018 3:02:57 PM : (Jacqueline Rivera) wrote*
SEE PDF FILE

Communications
*6/7/2018 3:02:57 PM : (Jacqueline Rivera) wrote*
(This communication was created by Jacqueline Rivera, ID# 21238 on behalf of the inmate.)

*6/14/2018 5:01:08 PM : (Gaynor White) wrote*
The NJDOC has a protocol for monitoring patients with Hepatitis C. You are currently being monitored according to that protocol and your name is on the treatment waiting list. When there is a treatment spot available, you will be notified.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

_Bush_ )
_____ )
Plaintiff/Petitioner )
v. )   Civil Action No. _1:18-CV-12910-NLH-AMC_
_Mangrove et al_ )
_____ )
Defendant/Respondent )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _Northern State Prison_ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:




My gross pay or wages are: $ _15.00_ , and my take-home pay or wages are: $ _15.00_ per
(specify pay period) _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ 22.00

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

 No

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

No

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  1-22-19

Frank Bush
*Applicant's signature*

Frank Bush
*Printed name*

**Other Orders/Judgments**

1:18-cv-12910-NLH-AMD BUSH
.v. MANGROVE et al

$Exh.6.* OO5$

PLO,PROSE-PR

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 10/1/2018 at 12:08 PM EDT and filed on 9/29/2018
**Case Name:**        BUSH v. MANGROVE et al
**Case Number:**    1:18-cv-12910-NLH-AMD
**Filer:**
**Document Number:** 2

**Docket Text:**
**OPINION. Signed by Judge Noel L. Hillman on 9/28/2018. (rss, n.m.)**

**1:18-cv-12910-NLH-AMD Notice has been electronically mailed to:**

**1:18-cv-12910-NLH-AMD Notice has been sent by regular U.S. Mail:**

FRANK BUSH
453925D
NORTHERN STATE PRISON
168 FRONTAGE RD
P.O. BOX 2300
NEWARK, NJ 07114

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=10/1/2018] [FileNumber=11775217-
0] [464c264dba608f4592273fe96a84d5161d078b61c2eed63b4003ce51e5641f8569
f6f29ddb9d6ec75ce3e16582cd5e2c466cc73edc1b3fa969a51751d36fb4c1]]

Frank Bush #453925-D
N.S.P
168 Frontage RD
Newark NJ 07114

RECEIVED
FEB 1 1 2019
AT 8:30_____ M
WILLIAM T. WALSH, CLERK

RECEIVED
FEB 1 1 2019
AT 8:30_____ M
WILLIAM T. WALSH, CLERK

Willam T. Walsh, Clerk
United States District Court
P.O. Box 2997
Camden New Jersey 08101

RECEIVED
FEB 1 1 2019
AT 8:30_____ M
WILLIAM T. WALSH, CLERK

RECEIVED
FEB 1 1 2019