UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK BUSH,<br><br>       Plaintiff,<br><br>  v.<br><br>JANE DOE (I), et al.,<br><br>       Defendants. | No. 18-cv-12910 (NLH) (AMD)<br><br><br>ORDER |

For the reasons stated in the accompanying Opinion,

IT IS this   9th   day of September, 2020,

ORDERED that the amended complaint is dismissed without prejudice for failure to state a claim, 28 U.S.C. § 1915(e)(2)(b)(ii); and it is further

ORDERED that Plaintiff may move for leave to file a second amended complaint within 45 days of this Order.  The Clerk shall reopen this matter upon submission of a motion by Plaintiff; and it is finally

ORDERED that the Clerk of the Court shall serve Plaintiff with copies of the Opinion and this Order via regular mail and mark this case closed.

At Camden, New Jersey
                                        ___s/ Noel L. Hillman___
                                        NOEL L. HILLMAN, U.S.D.J.