Clerk of the Court
District of New Jersey
U.S. District Court
Mitchell H. Cohen Bldg.
U.S. Courthouse
Fourth and Cooper Sts.
Camden, New Jersey 08101-2797

09/17/2020

RECEIVED
SEP 25 2020
AT 8:30
WILLIAM T. WALSH  M
CLERK

Re: 18-12910 (NLH)(AMD) BUSH V. MANGROVE et al
Noel L. Hillman, U.S.D.J.

Subject: Plaintiff desire to re-open this action

Dear Clerk of the Court,

Please accept this handwritten request due to Covid-19 restrictions allowing access to typing facilities. Please allow this to serve as a formal request to appeal the reopening of the case. I am arranging for counsel that will represent me in this matter, and wish to preserve all rights and considerations of the Court. Please respond in kind if further information or action is required. Thanking you in advance, I remain:

Respectfully,

Frank Bush
453925D
Bayside State Prison
4293 Route 47
Leesburg, N.J. 08327-0902

**Other Orders/Judgments**
1:18-cv-12910-NLH-AMD BUSH
v. MANGROVE et al

IFP,PLO,PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/6/2019 at 9:54 AM EDT and filed on 5/2/2019
**Case Name:** BUSH v. MANGROVE et al
**Case Number:** 1:18-cv-12910-NLH-AMD
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER Directing Clerk to reopen case; Granting Plaintiff's ifp; SUMMONS SHALL NOT ISSUE, at this time, etc. Signed by Judge Noel L. Hillman on 5/2/2019. (rss, n.m.)**

**1:18-cv-12910-NLH-AMD Notice has been electronically mailed to:**

**1:18-cv-12910-NLH-AMD Notice has been sent by regular U.S. Mail:**

FRANK BUSH
453925D
NORTHERN STATE PRISON
168 FRONTAGE RD
P.O. BOX 2300
NEWARK, NJ 07114

*[Handwritten:]* New Address of Record
Bayside State Prison
4293 Rt 47 Box F2
Leesburg, N.J. 08327-0902

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/6/2019] [FileNumber=12517577-0] [470cb27f23151c62fa27038275aaebf3bb2fed1f985dcaef220fb798d4ad8ba315d baf6358b5cffdc7ce535b3a3eeafe701b0e240d1d076a5240b188abb01d13]]

