7-29-2020

case name: Bush v. Mangrove et al
case number: 1:18-cv-12910-NLH-AMD

I am appealing to the Third Circuit Court of Appeals from the district court's September 9, 2020 final order dismissing and terminating my case (not the district court's order reopening my case). I respectfully decline the District Court's invitation to move for leave to amend and stand on my complaint. Thank You

RECEIVED
OCT - 5 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Frank Bush #000453925-D
Bayside state prison
4293 Rt 47 P.O Box F-1
Leesburg, NJ 08327

## Other Orders/Judgments

1:18-cv-12910-NLH-AMD BUSH
v. MANGROVE et al

PLO,PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 10/1/2018 at 12:12 PM EDT and filed on 9/29/2018
**Case Name:** BUSH v. MANGROVE et al
**Case Number:** 1:18-cv-12910-NLH-AMD
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER Directing Clerk to administratively terminate this case. ORDERED that if Plaintiff wishes to re-open this action, he shall so notify the Court within 30 days after the date of entry of this Order, etc. Signed by Judge Noel L. Hillman on 9/28/2018. (rss, n.m. and ifp sent)**

**1:18-cv-12910-NLH-AMD Notice has been electronically mailed to:**

**1:18-cv-12910-NLH-AMD Notice has been sent by regular U.S. Mail:**

FRANK BUSH
453925D
~~NORTHERN STATE PRISON~~
~~168 FRONTAGE RD~~
~~P.O. BOX 2300~~
~~NEWARK, NJ 07114~~

Bayside stat priso
4293 RT 47 P.O Box F-1
Leesburg, NJ 08327

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=10/1/2018] [FileNumber=11775239-0] [59ed38fddd6bfbaafb4bdbe459ef550f941e182e74f42043ce8e094c6b1b5523c45d01cb79f9b5877498cb5d6db7b2561903c054c73c4f588cf40eb80621b7c5]]



Frank Bush
B.S.P
1293 RT 47
PO Box F-1
Leesburg NJ 08327

Clerk United States District Court
PO Box 2797
Camden NJ 08101

RECEIVED
OCT - 5 2020
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

MAILED FROM
BAYSIDE STATE PRISON