UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FRANK BUSH
    Plaintiff,

vs.

Civil No.   18-12910 (NLH/AMD)

**ORDER OF DISMISSAL**

MS. MANGROVE, et al.
    Defendants.

---

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS** on this __26th__ day of __April__, 2022

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a), F.R.C.P., without prejudice and without cost to either party.

_____
HON. NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE